RECEIVED
JAN 2 2 2002
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

#254
$25.00

ORIGINAL

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case No.: 02-227 ADM / AJB Case Title: Moore North America, Inc. v. Petrick

Affidavit of Movant

I, Thomas E. Marshall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court to admit pro hac vice Mark S. Mancher, an attorney admitted to the bars of the State of New York and State of Georgia, the United States District Courts for the Southern and Eastern Districts of New York, but not admitted to the bar of this court, who will be co-counsel for plaintiff, Moore North America, Inc., in the case listed above. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

[signature] 155597 1/21/02

Thomas E. Marshall MN Attorney License # Date

Jackson Lewis Schnitzler Krupman
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131
Fax: (612) 341-0609

Affidavit of Proposed Admittee

I, Mark S. Mancher, am currently a member in good standing of the U.S. District Court for the Southern and Eastern Districts of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Mark S. Mancher [signature] 1/17/02

Type/Print Name Signature Date

Attorney License Number: (MM6162)
Law Firm Name & Address: Jackson Lewis Schnitzler Krupman
1000 Woodbury Road
Suite 402
Woodbury, NY 111797
Telephone: (516) 364-0404 Fax: (516) 364-0466

Motion Granted: [signature] JAN 23 2002
For the Court, Richard D. Sletten, Clerk Date

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____